### JUDY A. MIRON ET AL. *v.* GREG W. VAIL ET AL.
### (8771)

DUPONT, C. J., O'CONNELL and LANDAU, Js.

Argued November 5—decision released November 9, 1990

*Richard D. Casella,* for the appellants (plaintiffs).

*Randolph E. Richardson II,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.